**From:** Ando SuitonuChapman <ladyofthereef@gmail.com>
**To:** jstcrd@cand.uscourts.gov

**Date:** Thursday, March 19, 2015 02:42PM
**Subject:** Fwd: Delivery Status Notification (Failure)

History: ◆ This message has been replied to.

## Forwarded conversation
Subject: **EVELYN LANGFORD**
------------------------

From: **Ando SuitonuChapman** <ladyofthereef@gmail.com>
Date: Tue, Mar 17, 2015 at 8:15 PM
To: jstcrd@canduscourts.gov, kawcrd@canduscourts.gov

TO COURTROOMS DEPUTIES WILLIAM NOBLE & SUSAN IMBRIANI, IN RE OF THE ABOVE-REFERENCED MATTER AND MY ATTACHMENTS (3 PAGES),I HUMBLY APOLOGIZE THE MANNERISM THAT I HAVE TAKEN TO REQUESTS THAT MY LETTER OF 3 PAGES TO PLEASE BE GIVEN TO BOTH HONORABLE DISTRICT JUDGE JON S. TIGAR AND HONORABLE MAGISTRATE KANDIS A. WESTMORE.

WE ARE UNABLE TO APPEAR ON BEHALF OF MY NIECE, EVELYN LANGFORD, WHO IS DUE IN BOTH OF YOUR COURTROOMS ON, FRIDAY, 20 MARCH 2015, DUE TO MY HUSBAND'S RADIATION AND CHEMO TREATMENTS HE IS RECEIVING AT THE BALBOA USNAVAL HOSPITAL AND THE VA LA JOLLA HERE IN SAN DIEGO. WE WERE GOING TO GO AHEAD AND DRIVE RIGHT AFTER HIS CHEMO ON THURSDAY; YET, HIS 3 ONCOLOGISTS STRONGLY SUGGEST THAT NEITHER THE FLIGHT OR THE CROSS COUNTRY DRIVING WOULD BE AT HIS BEST RIGHT NOW. WE LIVE IN THE TERRITORY OF AMERICAN SAMOA ON OUR REMOTE ISLAND OF TA'U, MANU'A. WE ARE HERE IN SAN DIEGO, CA UNTIL MY HUSBAND GETS A CLEAN BILL OF HEALTH THAT THE HIS NASOPHARYNGEAL CARCINOMA, STAGE 3/T1 IS GONE---THEN WE CAN RETURN HOME WITH A SUCCESS STORY TO TELL! HE HAS A QUITE A JOURNEY TO COMPLETE.

THIS IS THE ONLY QUICK MEANS AND METHOD THAT WE COULD PRAY ON THAT OUR LETTER WOULD ARRIVE IN A TIMELY FASHION.

AGAIN, OUR APOLOGIES FOR THIS MANNERISM; YET, WE GRATEFULLY REQUESTS YOUR HELP THAT BOTH HONORABLE DISTRICT JUDGE TIGAR AND HONORABLE MAGISTRATE WESTMORE RECEIVE OUR HUMBLE LETTER BEFORE EVELYN APPEARS IN FRONT OF THEM.

GRACIOUSLY AND RESPECTFULLY YOURS,
MELEAGI SUITONU-CHAPMAN AND JAMES NEIL CHAPMAN (AUNT AND UNCLE TO EVELYN LANGFORD)

----------
From: **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
Date: Tue, Mar 17, 2015 at 8:15 PM
To: ladyofthereef@gmail.com


Delivery to the following recipient failed permanently:

   jstcrd@canduscourts.gov

Technical details of permanent failure:
DNS Error: Address resolution of canduscourts.gov. failed: Domain name not found

----- Original message -----

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
       d=gmail.com; s=20120113;
       h=mime-version:date:message-id:subject:from:to:content-type;
       bh=avR4ulW9vKA/87Rj8eZbjWGl2L7UJbJ9Hsken4MtaeU=;
       b=uuP/o/yqb1vX/E0ONANniZCkucNAKdisidUSYE3YF8TzRdUgmMAdD1PurzSlBwU6Jt
        wvks9lU4oOT81rudA/l0zjlsqLRJEmhOoZz7RIrRObgYio/eQ1IRiklwGyv4Ikxvlsoe
        3MfcvqN8Wu3Lz8tDiy0hvn8Owe1xqN6rU8TurG9P+YwZ9rDST/im9yLeE3pFRQtqvlTH

fhXDzhE7hWQCFklFBiV5NSlizbmN5kNC+pOLmc2HgIgCZIoiYuoBYeA0Md+1DhDCQhJW
       BRvAussShqd45qImchRdHhjvZ/FVYtB4SDx+dlIK1vPSqkcoQk/sctyNy/n365aAcssr
       Y7GQ==
MIME-Version: 1.0
X-Received: by 10.202.58.8 with SMTP id h8mr52877225oia.93.1426648531113; Tue,
17 Mar 2015 20:15:31 -0700 (PDT)
Received: by 10.202.224.134 with HTTP; Tue, 17 Mar 2015 20:15:31 -0700 (PDT)
Date: Tue, 17 Mar 2015 20:15:31 -0700
Message-ID: <CALD-bGP-Tup5xdSXGCVs9cufyzNaitEfN9FmqnMoX-GpdY2bXA@mail.gmail.com>
Subject: EVELYN LANGFORD
From: Ando SuitonuChapman <ladyofthereef@gmail.com>
To: jstcrd@canduscourts.gov, kawcrd@canduscourts.gov
Content-Type: multipart/mixed; boundary=001a113cd866ebf9ab0511877e44

----------
From: **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
Date: Tue, Mar 17, 2015 at 8:15 PM
To: ladyofthereef@gmail.com


Delivery to the following recipient failed permanently:

   kawcrd@canduscourts.gov

Technical details of permanent failure:
DNS Error: Address resolution of canduscourts.gov. failed: Domain name not found

----- Original message -----

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=gmail.com; s=20120113;
    h=mime-version:date:message-id:subject:from:to:content-type;
    bh=avR4ulW9vKA/87Rj8eZbjWGl2L7UJbJ9Hsken4MtaeU=;
    b=uuP/o/yqb1vX/E0ONANniZCkucNAKdisidUSYE3YF8TzRdUgmMAdD1PurzSlBwU6Jt
     wvks9lU4oOT81rudA/l0zjlsqLRJEmhOoZz7RIrRObgYio/eQ1IRiklwGyv4Ikxvlsoe
     3MfcvqN8Wu3Lz8tDiy0hvn8Owe1xqN6rU8TurG9P+YwZ9rDST/im9yLeE3pFRQtqvlTH

fhXDzhE7hWQCFkIFBiV5NSlizbmN5kNC+pOLmc2HgIgCZIoiYuoBYeA0Md+1DhDCQhJW
    BRvAussShqd45qImchRdHhjvZ/FVYtB4SDx+dIIK1vPSqkcoQk/sctyNy/n365aAcssr
    Y7GQ==

MIME-Version: 1.0
X-Received: by 10.202.58.8 with SMTP id h8mr52877225oia.93.1426648531113; Tue, 17 Mar 2015 20:15:31 -0700 (PDT)
Received: by 10.202.224.134 with HTTP; Tue, 17 Mar 2015 20:15:31 -0700 (PDT)
Date: Tue, 17 Mar 2015 20:15:31 -0700
Message-ID: <CALD-bGP-Tup5xdSXGCVs9cufyzNaitEfN9FmqnMoX-GpdY2bXA@mail.gmail.com>
Subject: EVELYN LANGFORD
From: Ando SuitonuChapman <ladyofthereef@gmail.com>
To:  jstcrd@canduscourts.gov, kawcrd@canduscourts.gov
Content-Type: multipart/mixed; boundary=001a113cd866ebf9ab0511877e44

----------
From: **Ando SuitonuChapman** <ladyofthereef@gmail.com>
Date: Wed, Mar 18, 2015 at 10:03 PM
To:  meleagi@aol.com

----------
From: **Ando SuitonuChapman** <ladyofthereef@gmail.com>
Date: Thu, Mar 19, 2015 at 2:41 PM
To:  kawcrrd@cand.uscourts.gov

## Forwarded conversation
Subject: **EVELYN LANGFORD**
------------------------

From: **Ando SuitonuChapman** <ladyofthereef@gmail.com>
Date: Tue, Mar 17, 2015 at 8:15 PM
To:  jstcrd@canduscourts.gov, kawcrd@canduscourts.gov

----------
From: **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
Date: Tue, Mar 17, 2015 at 8:15 PM
To: ladyofthereef@gmail.com

Delivery to the following recipient failed permanently:

    jstcrd@canduscourts.gov

Technical details of permanent failure:
DNS Error: Address resolution of canduscourts.gov. failed: Domain name not found

----- Original message -----

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=gmail.com; s=20120113;
    h=mime-version:date:message-id:subject:from:to:content-type;
    bh=avR4ulW9vKA/87Rj8eZbjWGl2L7UJbJ9Hsken4MtaeU=;
    b=uuP/o/yqb1vX/E0ONANniZCkucNAKdisidUSYE3YF8TzRdUgmMAdD1PurzSlBwU6Jt
     wvks9lU4oOT81rudA/l0zjlsqLRJEmhOoZz7RIrRObgYio/eQ1IRiklwGyv4Ikxvlsoe
     3MfcvqN8Wu3Lz8tDiy0hvn8Owe1xqN6rU8TurG9P+YwZ9rDST/im9yLeE3pFRQtqvlTH

fhXDzhE7hWQCFklFBiV5NSlizbmN5kNC+pOLmc2HgIgCZIoiYuoBYeA0Md+1DhDCQhJW
    BRvAussShqd45qImchRdHhjvZ/FVYtB4SDx+dlIK1vPSqkcoQk/sctyNy/n365aAcssr
    Y7GQ==
MIME-Version: 1.0
X-Received: by 10.202.58.8 with SMTP id h8mr52877225oia.93.1426648531113; Tue, 17 Mar 2015 20:15:31 -0700 (PDT)
Received: by 10.202.224.134 with HTTP; Tue, 17 Mar 2015 20:15:31 -0700 (PDT)
Date: Tue, 17 Mar 2015 20:15:31 -0700
Message-ID: <CALD-bGP-Tup5xdSXGCVs9cufyzNaitEfN9FmqnMoX-GpdY2bXA@mail.gmail.com>
Subject: EVELYN LANGFORD
From: Ando SuitonuChapman <ladyofthereef@gmail.com>
To: jstcrd@canduscourts.gov, kawcrd@canduscourts.gov
Content-Type: multipart/mixed; boundary=001a113cd866ebf9ab0511877e44

----------
From: **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
Date: Tue, Mar 17, 2015 at 8:15 PM
To: ladyofthereef@gmail.com

----------
From: **Ando SuitonuChapman** <ladyofthereef@gmail.com>
Date: Wed, Mar 18, 2015 at 10:03 PM
To: meleagi@aol.com




----------
From: **Mail Delivery System** <MAILER-DAEMON@smtp2.sndg.gtwy.dcn>
Date: Thu, Mar 19, 2015 at 2:38 PM
To: ladyofthereef@gmail.com

The following message to <kawcrrd@cand.uscourts.gov> was undeliverable.
The reason for the problem:
5.1.0 - Unknown address error 550-'kawcrrd@cand.uscourts.gov... No such user'

Final-Recipient: rfc822;kawcrrd@cand.uscourts.gov
Action: failed
Status: 5.0.0 (permanent failure)
Remote-MTA: dns; [156.119.83.6]
Diagnostic-Code: smtp; 5.1.0 - Unknown address error 550-'kawcrrd@cand.uscourts.gov...
No such user' (delivery attempts: 0)


---------- Forwarded message ----------
From: Ando SuitonuChapman <ladyofthereef@gmail.com>
To: kawcrrd@cand.uscourts.gov
Cc:
Date: Thu, 19 Mar 2015 14:41:05 -0700
Subject: Fwd: EVELYN LANGFORD

Attachments:

DJTIGAR-MAGWESTMORE1of3.jpeg

DJTIGAR-MAGWESTMORE2of3.jpeg.jpeg

DJTIGAR-MAGWESTMORE3of3.jpeg.jpeg.jpeg