1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   MARC H. AXELBAUM  # 209855
2  marc.axelbaum@pillsburylaw.com
   LINDSAY A. LUTZ  # 254442
3  lindsay.lutz@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
4  San Francisco, CA  94111
   Telephone: (415) 983-1000
5  Facsimile: (415) 983-1200

6  Attorneys for Defendant
   EVELYN LANGFORD
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,           )   No. 3:15-cr-00035-JST
12                                      )
                         Plaintiff,    )   **STIPULATION AND [PROPOSED]**
13                                      )   **ORDER FOR MODIFICATION OF**
            vs.                         )   **TRAVEL RESTRICTIONS**
14                                      )
   EVELYN LANGFORD,                    )
15                                      )
                         Defendant.    )
16                                      )

17         WHEREAS on March 20, 2015, the Court entered an Order Setting Conditions of

18  Release and Appearance Bond ("Order") for Defendant Evelyn Langford (the

19  "Defendant");

20         WHEREAS the Order limits the travel of Ms. Langford to the Northern District of

21  California, Eastern District of California, and Texas;

22         WHEREAS Defendant has requested a modification of her travel restrictions to

23  allow her to travel to New Mexico from May 15 through May 18, 2015 for the college

24  graduation of her son;

25         WHEREAS Defendant's counsel has discussed the modification with U.S. Pretrial

26  Services Officer Victoria Gibson and Ms. Gibson has approved the modification;

27

28

602590259v1                         - 1 -

1      WHEREAS Defendant will provide a full itinerary prior to travel to her U.S. Pretrial Services Officer in Texas;

3      WHEREAS the Government stipulates to the modification of Ms. Langford's travel restrictions;

5      WHEREFORE, the parties respectfully request that this Court issue the Proposed Order.

7      **IT IS SO STIPULATED.**

8      Dated: May 1, 2015.      PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   */s/ Marc H. Axelbaum*
Marc H. Axelbaun
marc.axelbaum@pillsburylaw.com
Lindsay A. Lutz
lindsay.lutz@pillsburylaw.com

Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

*Attorneys for Defendant Evelyn Langford*

16      Dated: May 1, 2015.      MELINDA HAAG
United States Attorney

DAVID R. CALLAWAY
Chief, Criminal Division

By:   */s/ Kyle F. Waldinger*
Kyle F. Waldinger
Kyle.Waldinger@usdoj.gov
Hallie Mitchell Hoffman
Hallie.Hoffman@usdoj.gov
Assistant United States Attorneys

450 Golden Gate Avenue
Box 36055
San Francisco, CA  94102-3495
Telephone: (415) 436-6830/7129
Facsimile: (415) 436-7234

*Attorneys for United States of America*

27      The filer attests that that concurrence in the filing of this document has been obtained from the above signatories.

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED: the Order Setting |
| 3 | Conditions of Release and Appearance Bond for Defendant Evelyn Langford is hereby |
| 4 | modified to allow Defendant to travel to New Mexico on May 15 through May 18, 2015. |
| 5 | |
| 6 | **IT IS SO ORDERED.** |
| 7 | Date:  5/4/15                            *Kandis Westmore* |
| 8 | U.S. Magistrate Judge Kandis A. Westmore |